IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AURORA COOPERATIVE ELEVATOR    )
COMPANY, a Nebraska            )
corporation,                   )
                               )
          Plaintiff,           )         8:10CV294
                               )
     v.                        )
                               )
THE COOPERATIVE FINANCE        )         ORDER
ASSOCIATION, INC., a Kansas    )
and Missouri corporation,      )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on plaintiff's notice of withdrawal of motion to compel (Filing No. 34). The Court will allow the motion to compel to be withdrawn. Accordingly,

IT IS ORDERED that the motion to compel (Filing No. 27) is deemed withdrawn.

DATED this 4th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court